UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | 3:23-cr-00040-IM |
|---|---|
| Plaintiff, | |
| v. | SECOND AMENDED JOINT EXHIBIT LIST |
| KEVIN EUGENE IRVINE, | |
| Defendant. | |

| GOVERNMENT'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 1 | Aerial view of area of the shooting | ✓ | | | X |
| 2 | Photo of Adult Victim 1 after the shooting (Bates #744) | ✓ | | | X |
| 3 | Photo of Adult Victim 1 after the shooting (Bates #735) | ✓ | | | X |
| 4 | Photo of Adult Victim 1's gunshot wound taken at scene (Bates #643) | ✓ | | | X |
| 5 | Photo of gunshot wound at hospital with pen for scale (Bates #664) | ✓ | | | X |
| 6 | Photo of white Ford van, passenger side from surveillance video | ✓ | | | |
| 7 | Photo of driver's side and rear of white Ford van, from surveillance video (Bates #309) | ✓ | | | |

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 8 | Photo of front of witness's residence (Bates #648) | ✓ | | | X |
| 9 | USB drive with surveillance video from 3756 SE Harvey St. | ✓ | | | X |
| 10 | Screen capture from Exhibit 9 | ✓ | | | X |
| 11 | USB drive with surveillance video from 10110 SE 36th Ave | ✓ | | | X |
| 12 | Screen capture from Exhibit 11 | ✓ | | | X |
| 13 | USB drive with surveillance video from 9606 SE 36th Ave | ✓ | | | X |
| 14 | Screen capture from Exhibit 13 | ✓ | | | X |
| 15 | USB drive with surveillance video from 4090 SE Harvey St. | ✓ | | | X |
| 16 | Screen capture from Exhibit 15 | ✓ | | | X |
| 17 | Law enforcement flyer with photo of white Ford van | ✓ | | | X |
| 18 | Photo of white Ford van in shopping center parking lot (Bates #697) | ✓ | | | X |
| 19 | Photo of back of van at scene of traffic stop (Bates #675) | ✓ | | | X |
| 20 | Photo of right side of van at scene of traffic stop (Bates #687) | ✓ | | | X |
| 21 | Body armor worn by defendant | ✓ | | | X |
| 22 | Recorded interview with defendant | | | | X |
| 23 | Photo of van shown to defendant during interview | ✓ | | | X |
| 24 | Photo of front of Ford van at police storage facility (Bates #310) | ✓ | | | X |

**Second Amended Joint Exhibit List**  Page 3

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 25 | Photo of rear of Ford van at storage facility (Bates #315) | ✓ | | | X |
| 26 | Photo of right side of van at police storage (Bates #314) | ✓ | | | X |
| 27 | Photo of tan rifle case, found in van (Bates #385) | ✓ | | | X |
| 28 | Photo of Henry rifle inside rifle case (Bates #387) | ✓ | | | X |
| 29 | Henry .22 LR caliber rifle | ✓ | | | X |
| 30 | Photo of .22 caliber live round ejected from chamber of Exhibit 29 (Bates #390) | ✓ | | | X |
| 31 | .22 caliber live round from Exhibit 29 | ✓ | | | X |
| 32 | Spent .22 caliber shell casing from floorboard of van, between the front seats | ✓ | | | X |
| 33 | Live .22 caliber round found under driver's seat of van | ✓ | | | X |
| 34 | Three .22 caliber bullets found in basket between front seats | ✓ | | | X |
| 35 | Plastic jar containing live .22 caliber ammunition | ✓ | | | X |
| 36 | Grey hooded sweatshirt found in van | ✓ | | | X |
| 37 | Door Dash records, with certificate of authenticity | ✓ | | | X |
| 38 | Map of Door Dash delivery locations for December 24, 2022 | ✓ | | | X |
| 39 | Photo array shown to Adult Victim 1 | ✓ | | | X |
| 40 | Photo of knife and defendant's wallet in paper bag in van (Bates #351) | ✓ | | | X |

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 41 | Photo of knife and contents of wallet (Bates #352) | ✓ | | | X |
| 42 | Photo of ballistic helmet and waist pack in back of van (Bates #354) | ✓ | | | X |
| 43, 44 | Photos of shooting targets found in plastic bin in van (Bates #248, 249) | ✓ | | | X X |
| 45 | Photo of bear spray found in van (Bates #913) | ✓ | | | X |
| 46 | Photo of Adult Victim 1's parked Postal Service truck (Bates #46). | ✓ | | | |
| 47 | USB drive with surveillance video from 9876 SE 36th Ave. | ✓ | | | X |
| 48 | Excerpt from Exhibit 47, Camera 4 | ✓ | | | X |
| 49 | Demonstrative Exhibit | ✓ | | | X |

### DEFENDANT'S EXHIBITS

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 100. | | | | | |
| 101. | Lopez, Stephanie Maya, M.D., F.A.P.A. Curriculum Vitae | ✓ | | | X |
| 102. | Lopez, Stephanie Maya, M.D., F.A.P.A. Opinion Letter, February 10, 2025, and Supplement to Opinion Letter, March 2, 2025 | | | | |
| 103. | Merg, Andrea, Ph.D. Curriculum Vitae | ✓ | | | X |
| 104. | Merg, Andrea, Ph.D. Sanity Evaluation, June 2, 2023 | | | | X |
| 105. | Merg, Andrea, Ph.D. | | | | |

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
|  | Competency Evaluation, July 14, 2023 |  |  |  |  |
| 106. | Merg, Andrea, Ph.D. Addendum, October 27, 2024 |  |  |  | X |
| 107. | Rigsbee, Justin, Ph.D., Psy.D. Curriculum Vitae | ✓ |  |  | X |
| 108. | Rigsbee, Justin, Ph.D., Psy.D. Opinion, November 8, 2023 |  |  |  | X |
| 109. | Providence Medical Records: Admit date: March 23, 2021 Discharge date: March 24, 2021 |  |  |  | X |
| 110. | *Withdrawn* |  |  |  |  |
| 111. | Phone Memo – MyRec_1223_1912.m4a (from Bates #2359) | ✓ |  |  |  |
| 112. | Phone Memo – MyRec_1223_2130.m4a (from Bates #2359) | ✓ |  |  |  |
| 113. | Phone Memo – MyRec_1223_2214.m4a (from Bates #2359) | ✓ |  |  |  |
| 114. | Phone Memo – MyRec_1224_0735.m4a (from Bates #2359) | ✓ |  |  |  |
| 115. | Phone Memo – MyRec_1224_1131.m4a (from Bates #2359) | ✓ |  |  |  |
| 116. | Phone Memo – MyRec_1224_1140.m4a (from Bates #2359) | ✓ |  |  |  |
| 117. | Phone Memo – MyRec_1224_1209.m4a (from Bates #2359) | ✓ |  |  |  |
| 118. | Phone Memo – MyRec_1224_1322.m4a (from Bates #2359) | ✓ |  |  |  |

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 119. | Phone Memo – MyRec_1224_1441.m4a (from Bates #2359) | ✓ | | | |
| 120. | Phone Memo – MyRec_1224_1633.m4a (from Bates #2359) | ✓ | | | |
| 121. | Phone Memo – MyRec_1224_1700.m4a (from Bates #2359) | ✓ | | | |
| 122. | Phone Memo – MyRec_1224_2153.m4a (from Bates #2359) | ✓ | | | |
| 123. | Combined writings of Kevin Irvine, found in white van (Bates #2390-2410) | ✓ | | | X |
| 124. | *Withdrawn* | | | | |
| 125. | *Withdrawn* | | | | |
| 126. | Tigard Police Report, Case 22-9000378, August 8, 2022 (accepted date) | ✓ | | | X |
| 127. | Tigard Police Report, Case 22-9000392 August 16, 2022 (accepted date) | ✓ | | | X |
| 128. | Tigard Police Report, Case 22-9000442 September 6, 2022 (accepted date) | ✓ | | | X |
| 129. | Tigard Police Report, Case 22-9000443, September 6, 2022 (accepted date) | ✓ | | | X |
| 130. | Tigard Police Report, Case 22-9000444, September 6, 2022 (accepted date) | ✓ | | | X |
| 131. | Tigard Police Report, Case 22-9000473, September 15, 2022 (accepted date) | ✓ | | | X |

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 132. | Portland Police Report, Case 2022-927764, October 3, 2022 | ✓ | | | X |
| 133. | Cellebrite extraction information documenting Cornelius Police Report, unnumbered, October 22, 2022 (from Bates #2359) | ✓ | | | X |
| 134. | Cellebrite extraction information documenting Canby Police Report, unnumbered, October 25, 2022 (from Bates #2359) | ✓ | | | X |
| 135. | Portland Police Report, Case 2022-930359, October 30, 2022 | ✓ | | | X |
| 136. | Portland Police Report, Case 2022-930949, November 5, 2022 | ✓ | | | X |
| 137. | *Withdrawn* | | | | |
| 138. | Portland Police Report, Case 2022-933141, November 29, 2022 (Bates #2411-2413) | ✓ | | | X |
| 139. | Portland Police Report, Case 2022-933569, December 2, 2022 (Bates #2415-2418) | ✓ | | | X |
| 140. | Portland Police Report, Case 2022-933820, December 7, 2022 (Bates #2419-2422) | ✓ | | | X |
| 141. | Tigard Police Report, Case 22-9000656, December 21, 2022 (accepted date) | ✓ | | | X |
| 142. | Tigard Police Report, Case 22-9000659, December 21, 2022 (accepted date) | ✓ | | | X |

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 143. | Portland Police Report, Case 2022-935187, December 22, 2022 (Bates #2423-2426) | ✓ | | | X |
| 144. | Tigard Police Report, Case 23-9000004, January 2, 2023 (accepted date) | ✓ | | | X |
| 145. | Tigard Police Report, Case 23-9000006, January 2, 2023 (accepted date) | ✓ | | | X |
| 146. | *Withdrawn* | | | | |
| 147. | Report of DL Hardin, dated February 10, 2025 (Bates #2386) | ✓ | | | X |
| 148. | Download of Reddit / "PaxPractical" | ✓ | | | X |
| 149. | Irvine, Kevin, restrained in back of police car, December 28, 2022, full version (Bates #982) | ✓ | | | X |
| 150. | Irvine, Kevin, restrained in back of police car, December 28, 2022, excerpted clips (from Bates #982) | ✓ | | | X |
| 151. | Transcript of Defense Exhibit 149 | ✓ | | | X |
| 152. | Transcript of Government's Exhibit 22 | ✓ | | | X |
| 153. | Clackamas County Jail Records, with authentication | ✓ | | | X |
| 154. | Multnomah County Detention Center Records, with authentication | ✓ | | | X |
| 155. | Portland Police Report, Case 2022-931612, November 11, 2022 | ✓ | | | X |

**Second Amended Joint Exhibit List**  **Page 9**

| No. | Description | Stipulated | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|
| 156. | Portland Police Report, Case 2022-931636, November 12, 2022 | ✓ | | | X |
| 157. | Portland Police Report, Case 2022-931663, November 11, 2022 | ✓ | | | X |
| 158. | Portland Police Report, Case 2022-931779, November 14, 2022 | ✓ | | | X |
| 159. | Portland Police Report, Case 2022-932430, November 21, 2022 | ✓ | | | X |
| 160. | Portland Police Report, Case 2022-932551, November 22, 2022 | ✓ | | | X |
| 161. | Portland Police Report, Case 2022-933997, December 9, 2022 | ✓ | | | X |
| 162. | Portland Police Report, Case 2022-934666, December 14, 2022 | ✓ | | | X |
| 163. | Police Report | | | | X |
| 164. | Police Report | | | | X |
| 165. | Police Report | | | | X |